77,739-02

To: THE CLERK Abel Acosta

RECEIVED FEB 11, 15
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

I NEVER Filed A Application oF HABEAS Corpus IN MAY, 29, 2012.... I NEVER DISCHARED NO SENTENCE ON JUNE 27, 2012 AND MY C.C.A NO IS NOT 77,739-01 .... ALL THIS INFORMATION IS WRONG..... THE INFORMATION I HAVE REQUESTED which HAVE BEEN ON SERVAl OCCASION NEVER. GET ANSWER.....

What is the STATUS OF MY ( PETITION FOR SUPERVISORY WRIT OF REVIEW OF Convicting Court 283rd DECISION ON DNA RESULT HEARING ).... That WAS SENT to the Court of CRIMINAL APPEALS Nov 9, 2014....... And the STATUS OF MY 11.07 WRIT OF HABEAS Corpus that WAS Filed IN (2011) IN DALLAS County.....

What do I CEDRIC DEMicheAl Butler HAVE PENDING IN THE COURT OF CRIMINAL APPEAl under MY C.CA No. ( 77,739-02 ) I would liKE to KNOW EVERYTHING that is PENDING ..... Not what's BEEN DENIED I KNOW whats BEEN DEINED ( WHAT IS PENDING ) ....

THANK You, #14038893
Cedric W. Butler

CEDRIC W. Butler



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

February 02, 2015

CEDRIC DEMICHAEL BUTLER
Dallas County Jail - TDC # 14038893
500 Commerce St.
Dallas, TX 75202

*This not my CCA No.*
*My Trial Court No is W9001404*

**Re:** Butler, Cedric Demichael
**CCA No.** WR-77,739-01 *←*
**Trial Court Case No.** W90-01404-T(A)

Your letter has been received. Please be advised:

IMPORTANT: PLEASE INFORM THIS COURT OF ALL ADDRESS CHANGES IN WRITING.

☐ To obtain Copies of items requested, contact the State Law Library, Inmate Copy Service, at PO Box 12367, Austin Texas 78711-23267. Please be sure to include your full name and any aliases, TDCJ number, date of conviction, county of conviction, appeal number and complete mailing address.

☐ Your records will not be returned to you because once records are received in the Court they become the permanent records of this Court

☒ **Your application for writ of habeas corpus has been received Tuesday, May 29, 2012. The status is: DISMISSED - SENTENCE DISCHARGED on June 27, 2012.**

☐ Neither the Judges nor the staff of the Court can give legal advice. We recommend you contact Inmate Legal Services at the Texas Department of Criminal Justice, Institutional Division.

*This is Not ME*

Sincerely,

Abel Acosta, Clerk